UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK ALDEN, an individual and TUNGALAG HAS-OCHYR, an individual,

    Plaintiffs,

vs.

SETERUS, INC., a Foreign Corporation doing business in the State of Nevada; SAFEGUARD PROPERTIES, LLC, a Foreign Corporation doing business in the State of Nevada; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

    Defendants.

Case No.: 2:12-CV-01551-LRH-(PAL)

## STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiffs, MARK ALDEN and TUNGALAG HAS-OCHYR, by and through their counsel, Olson CANNON GORMLEY ANGULO & STOBERSKI and SAFEGUARD PROPERTIES, LLC, by and through its counsel, BACKUS, CARRANZA & BURDEN, do hereby stipulate by and through their respective counsels, that this matter be dismissed against all Defendants with prejudice in its entirety, with each party to bear their own costs and attorney fees.

IT IS SO STIPULATED AND AGREED TO.

1

[STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE]

| DATED this 26 day of June, 2013. | DATED this 26 day of June, 2013. |
|---|---|
| *(signature)* | *(signature)* |
| Michael Stoberski, Esq.<br>Olson Cannon Gormley Angulo & Stoberski<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorney for Plaintiffs | Jack P. Burden, Esq.<br>BACKUS, CARRANZA & BURDEN<br>3050 South Durango Drive<br>Las Vegas, Nevada 89117<br>Attorneys for Defendant,<br>*Safeguard Properties, LLC* |

## ORDER

IT IS SO ORDERED.

DATED this 5th day of July, 2013.

*(signature)*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE